HELEN GALLIGAN, Appellant, *v.* DRUIDAN REAL ESTATE Co., INC., Respondent.

(Argued November 22, 1934; decided December 7, 1934.)

*Daniel J. Madigan* for appellant.

*Clarence S. Zipp* and *William E. Lowther* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division. *Held*, that the evidence was sufficient to go to the jury on the questions of defendant's negligence and plaintiff's freedom from contributory negligence. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.